# EXHIBIT B

CASE NUMBER: 12 TX 273                  FILED 7/10/2012

## TAKE NOTICE

County of WILL  
Date Premises Sold 11/5/2009  
Certificate NO. 08-02746  
Sold for General Taxes of 2008  
Sold for Special Assessment of N/A  
and special assessment number  
Warrant No.         Inst. No.

### THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES

PROPERTY LOCATED AT: 415 Thames Dr., Shorewood

LEGAL DESCRIPTION OR PPROPERTY INDEX NO. 06-08-402-003-0000

This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on 11/2/2012.

The amount to redeem is subject to increase at 6 month intervals from the date of the sale and may be further increased if the purchaser at the tax sale or his assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the County Clerk as to the exact amount you owe before redeeming.

This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before 11/2/2012.

This matter is set for hearing in the Circuit Court of this County, in Joliet, Illinois, on 11/30/12 at 09:00 a.m.

You may be present at this hearing but your right to redeem will already have expired at that time.

### YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY

Redemption can be made at any time on or before 11/2/2012 by applying to the County Clerk of WILL County, Illinois at the Office of the County Clerk in Joliet, Illinois.

For further information contact the County Clerk  
ADDRESS: 302 N. Chicago St., Joliet, IL 60432  
TELEPHONE: (815) 740-4615

                                                   Realtax Developers, Ltd.  
                                                   Purchaser or Assignee  
                                                   Dated 7/10/2012

CASE NUMBER: 12 TX 273                               FILED 7/10/2012

## TAKE NOTICE

County of WILL
Date Premises Sold 11/5/2009
Certificate NO. 08-02746
Sold for General Taxes of 2008
Sold for Special Assessment of N/A
and special assessment number
Warrant No.          Inst. No.

### THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES

PROPERTY LOCATED AT: 415 Thames Dr., Shorewood

LEGAL DESCRIPTION OR PPROPERTY INDEX NO. 06-08-402-003-0000

This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on 11/2/2012.

The amount to redeem is subject to increase at 6 month intervals from the date of the sale and may be further increased if the purchaser at the tax sale or his assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the County Clerk as to the exact amount you owe before redeeming.

This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before 11/2/2012.

This matter is set for hearing in the Circuit Court of this County, in Joliet, Illinois, on 11/30/12 at 09:00 am.

You may be present at this hearing but your right to redeem will already have expired at that time.

### YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY

Redemption can be made at any time on or before 11/2/2012 by applying to the County Clerk of WILL County, Illinois at the Office of the County Clerk in Joliet, Illinois.

For further information contact the County Clerk
ADDRESS: 302 N. Chicago St., Joliet, IL 60432
TELEPHONE: (815) 740-4615

Realtax Developers, Ltd.
Purchaser or Assignee
Dated 7/10/2012