# EXHIBIT C

CitiFinancial

citi

Date: August 13, 2012

Address: Paul & Marianne Bonfiglio
415 Thames Dr
Shorewood IL 60404

Account Number: 200395

Dear Mr & Mrs Bonfiglio

    I am writing in regard to the additional debt owed on your above-referenced account.

    On 08/14/2012, CitiFinancial advanced funds in the amount of 33236.77 to pay your property taxes. The Note and Mortgage/Deed of Trust you signed authorizes CitiFinancial to take whatever action is necessary to protect its interest in the collateral that secures your mortgage loan, including paying property taxes. CitiFinancial disbursed the funds on your behalf and that amount has become additional debt to you secured by your Note and Mortgage. Please note, however, that this additional debt is not accruing interest. Your billing statement will reflect this "add-on" to your loan in the month that it was processed.

    Please contact the branch office at 618-397-7800 immediately to discuss payment of this add-on.

Sincerely,

*[signature]*
Branch Manager

uscfUS1153OLM            7/1/2011

Greentree Acct # 895393767