# EXHIBIT

# D

12/03/12 09:00:44 WCCA

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
COUNTY OF WILL, STATE OF ILLINOIS

IN THE MATTER OF THE APPLICATION OF THE )
COUNTY TREASURER AND EX-OFFICIO COUNTY )
COLLECTOR FOR JUDGMENT AND ORDER OF SALE )
AGAINST REAL ESTATE RETURNED DELINQUENT ) CASE NO. 12 TX 273
FOR NONPAYMENT OF GENERAL TAXES AND )
SPECIAL ASSESSMENTS FOR THE YEAR )
2008 AND PRIOR YEARS. ) CERT. NO. 08-02746

Petition of Realtax Developers, Ltd. for a Tax Deed

ORDER DIRECTING COUNTY CLERK TO ISSUE TAX DEED

THIS MATTER COMING on to be heard upon the verified Petition of Realtax
Developers, Ltd. for an Order on said Petition that a Tax Deed issue and upon
proof and exhibits heard and offered in open court, and the court having
heard the statements and arguments of Petitioner and having been fully
advised in the premises, THE COURT FINDS:

1. That it has jurisdiction of the subject matter hereof and of all of
the parties hereto.

2. That all the material allegations of the Petition are true, and the
Petitioner is entitled to the relief requested therein.

3. That the time of redemption of said real estate has expired and the
real estate has not been redeemed from the tax sale.

4. That all general taxes and special assessments which have become due
and payable subsequent to said sale have been or will be paid prior to the
issuance of the tax deed, and all forfeitures and sales which occurred
subsequent thereto have been redeemed or will be redeemed prior to the
issuance of the tax deed.

5. That all notices, as required by law, have been duly given and the
Petitioner has complied with all the provisions of law entitling him to a Tax
Deed to said parcel of real estate.

6. That the Petitioner has complied strictly and fully with the
provisions of the Illinois Compiled Statutes, Chapter 35, Section 200.

7. That the Petitioner has duly furnished the Court with an Affidavit
in support of the Application for Tax Deed, said Affidavit has been duly
filed and made a part of the Court record herein.

IT IS THEREFORE, ORDERED:

A. That the County Clerk of WILL County, Illinois, do forthwith make,
execute and deliver to Petitioner or his assignee, upon the surrender to said
County Clerk the Certificate of Purchase, a good and sufficient Deed
conveying the parcel of real estate to wit:

Permanent Index Number: 06-08-402-003-0000
Legal Description: Lot 142 in the Fox Bend P.U.D., Unit Two, being a
Subdivision in the East ½ of the Southeast ¼ of Section 8, Township 35
North Range 9 East of the 3rd P.M., according to the Plat thereof
recorded 11/8/1996, as Doc. #R96-101265,
situated in the County of WILL in the State of Illinois.

Commonly known as: 415 Thames Dr., Shorewood

12/03/12 09:00:44 WCCA

    B. That the Sheriff of this County is ordered and directed to place and maintain the tax deed grantee in possession of the subject real estate and evict and remove any occupants of said real estate. The Sheriff is allowed to use any and all force necessary to put the tax deed grantee in possession of the subject real estate. *Possession stayed for 30 days*

    C. That the issue of sale in error, pursuant to Section 35 ILCS 200/21-310 and Section 35 ILCS 200/22-35 is hereby reserved by this Court.

    D. The court further finds that pursuant to supreme Court Rule 304(a), there is no just reason for delaying either the enforcement of this Order or appeal or both.

ENTER: This _30_ day of _November_ A.D. 20_12_.

                                     _____
                                           Judge

John Barr    -0120308
BARR & BARR
1301 E. Mound Rd.
P.O. Box 50
Decatur, IL  62525
(217) 875-5311

CERTIFICATION

I, PAMELA J. McGUIRE, CLERK OF THE 12TH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS, CERTIFY THIS TO BE A TRUE COPY OF AN ORIGINAL RECORD OF THIS CIRCUIT COURT

SIGNED: Pamela J. McGuire
       CLERK

DATE
3-26-1b

WCCA   12032012