# EXHIBIT E

# Tax Deed

State of Illinois )
)
County of WILL )

Case Number: 12 TX 273

P.I.N.: 06-08-402-003-0000

Property Address:
415 Thames Dr., Shorewood, IL 60404

At a public sale of property for the nonpayment of taxes, held in the County above stated on 11/5/2009, the following described property was sold:

**R20130063553**
Receipt # T20130059740

**Karen A. Stukel    Will County Recorder    1P**
JD    Date 05/30/2013    Time 14:51:31
Recording Fees:    $24.75
IL Rental Hsng. Support Program:    $10.00
Consideration:    $0.00

Lot 142 in the Fox Bend P.U.D., Unit Two, being a Subdivision in the East ½ of the Southeast ¼ of Section 8, Township 35 North Range 9 East of the 3rd P.M., according to the Plat thereof recorded 11/8/1996, as Doc. #R96-101265, situated in the County of WILL in the State of Illinois.

Property Index Number: 06-08-402-003-0000

The property not having been redeemed from the sale, and it appearing that the holder of the certificate of purchase of said real estate has complied with the laws of the State of Illinois necessary to entitle said holder to a deed of the property.

I, the County Clerk of the County of WILL, in consideration of the property and by virtue of the statutes of the State of Illinois in such cases provided, grant and convey to Realtax Developers, Ltd., P.O. Box 3021, Peoria, IL 61612-3021, its heirs and assigns forever, the property described above.

Unless the holder of the certificate purchased at any tax sale under this Code takes out the deed in the time provided by law, and records the same within one year from and after the time for redemption expires, the certificate or deed, and the sale on which it is based, shall, after the expiration of the one year period, be absolutely void with no right to reimbursement. If the holder of the certificate is prevented from obtaining a deed by injunction or order of any court, or by the refusal or inability of any court to act upon the application for tax deed, or by the refusal of the clerk to execute the same deed, the time he or she is so prevented shall be excluded from the computation of the one year period.

(Seal)

Given under my hand and the seal of our County this 15th day of April 20 13

_Nancy Schultz Voots_ County Clerk

Exempt under provisions of paragraph F, Section 4, Real Estate Transfer Act

Signed _____    Date 4-9-13

This Instrument Prepared by Doug Huff
Mail Future Taxes and Deed to: Realtax Developers, Ltd. **P.O. Box 3021 Peoria, IL 61612-3021**