# EXHIBIT F

SC0341-000

## citifinancial®

**relationships that work**
## green tree

ico Green Tree
PO Box 6172
Rapid City, SD 57709-6172

Tel 1-855-675-1030
GTServicing.com

+ 0425052 000009046 09GTR8 0058238 I
MARIANNE BONFIGLIO
415 THAMES DR
SHOREWOOD IL 60404-0599

April 15, 2013

CitiFinancial Service Inc Account Number: 1300160200168
Green Tree Servicing LLC ("Green Tree") New Account Number: 895393767

Dear Marianne Bonfiglio:

**Welcome to Green Tree.** The servicing of your mortgage loan – that is, the right to collect loan payments from you – is being transferred from CitiFinancial Service Inc to Green Tree effective May 1, 2013. The servicing transfer does not affect any terms or condition of your current mortgage loan, other than the terms directly related to the servicing of your loan. If you pay by mail, you can mail your payments directly to Green Tree at the following address: Green Tree Servicing LLC, PO Box 7169, Pasadena, CA 91109-7169, or use the coupon below. If you have other payment arrangements, please see the Auto Pay & Bill Payment Services section for additional information.

Green Tree will begin posting payments to your account on or about May 13, 2013. If your payment was received by Green Tree or CitiFinancial Service Inc, prior to the posting date, we will apply your payment as of the day that it was received and no late charge will be assessed to your account.

You should be receiving your first statement from Green Tree by mail the week of May 20, 2013. If you have any questions about the transfer of your mortgage loan servicing to Green Tree, we encourage you to visit:

### www.gtservicing.com/welcome

There you can register to securely access your account online, make a payment, set up and maintain your automatic loan payment and obtain answers to frequently asked questions.

We are pleased to have you as a new customer. The following pages include more detailed information about this transfer and our services. If you need information regarding your account you can:
1) Visit our website at GTServicing.com.
2) Call us toll-free at 1-855-675-1030.
3) Or mail your inquiry to us at: Green Tree Customer Service Dept, PO Box 6172, Rapid City, SD 57709-6172.

At Green Tree, we build relationships that work. We look forward to providing you with quality service for years to come.

Respectfully,



CitiFinancial Service Inc
Present Servicer

and

Green Tree
New Servicer

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.