# EXHIBIT H

relationships that work
# green tree

PO Box 6172  
Rapid City, SD 57709-6172

Tel 1-800-643-0202  
GTServicing.com

+ 0449558 000009256 09GTR5 0058269 T  
PAUL BONFIGLIO  
MARIANNE BONFIGLIO  
415 THAMES DR  
SHOREWOOD IL 60404-0599

October 15, 2013

Re: Loan No.: 895393767  
    Property Address: 415 THAMES DR  
                              SHOREWOOD, IL 60431



Your above-referenced mortgage loan was sold on October 1, 2013. It is now owned by the CITIFINANCIAL SERVICING LLC. The sale does not change the terms of your loan or your contractual obligations as described in your mortgage loan documents. The contact information for new owner is:

CITIFINANCIAL SERVICING LLC  
300 St. Paul Place  
Baltimore, MD 21202  
1-800-249-2181

As of the date of this notice, the transfer of ownership has not been recorded in public records. If any such recording takes place, it will occur in the real property records of the county in which your mortgage was originally recorded.

The new owner does not service your mortgage loan. All correspondence and inquiries concerning your mortgage loan should be addressed to the loan servicer.

The servicer of your mortgage loan has not changed and continues to be Green Tree Servicing LLC ("Green Tree"). Your new servicer is authorized to act on the new owner's behalf with regard to the administration of your mortgage loan and respond to questions about your mortgage loan. Your loan servicer is authorized to receive all notices and to resolve issues regarding your mortgage loan including those relating to payments on your loan. The contact information for Green Tree is:

Green Tree Servicing LLC  
PO Box 6172  
Rapid City, South Dakota 57709-6172  
Attention: Customer Service  
800-643-0202  
(from 7:00 a.m. to 8:00 p.m. CST, Monday through Friday,  
or 7:00 a.m. to 1:00 p.m. CST, on Saturday)

Sincerely,

Green Tree

BANKRUPTCY NOTICE: IF YOU ARE IN BANKRUPTCY OR HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT. THIS IS NOT AN ATTEMPT TO COLLECT OR RECOVER ANY DEBT AS YOUR PERSONAL OBLIGATION.

Federal law may require that we disclose Green Tree is a debt collector.

SC0025-00D