# EXHIBIT

# I

relationships that work

# green tree

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

November 19, 2013

+ 0454840 000003063 096C01 - 0069394
PAUL BONFIGLIO
415 THAMES DR
SHOREWOOD IL 60404-0599

Servicer: Green Tree Servicing LLC ("Green Tree")
RE: Loan Number: 895393767

Dear Borrower:

This letter will confirm a recent telephone conversation you had with a Green Tree representative, during which you demonstrated eligibility for relief and willingness to repay your above-referenced loan. Pursuant to that telephone call, as a courtesy to assist you, Green Tree has taken the following action:

Green Tree brought your delinquent account current on 11/18/2013 by deferring all past due principal and interest to the scheduled maturity date.

- *If* your account was also past due for funds advanced on your behalf (e.g., insurance, taxes), then payments previously posted to interest were reallocated to bring this portion of your account current as well. Any remaining funds from the reallocated payment would have been applied to your principal balance.

Please refer to your Billing Statement for the current amount due and your next payment due date.

This deferral was granted to assist you in fulfilling the terms of your loan agreement. It did not increase the principal balance on your account. All terms and conditions of the loan agreement shall remain in full force and effect. This deferral of interest due on your account shall not constitute a deferral of any future default.

If you have any questions regarding this letter, please write or call:

Green Tree
P.O. Box 6172
Rapid City, SD 57709-6172
(800) 643-0202

We look forward to continuing to serve you.

Green Tree



*This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.*

SC0025-00D    Deferral Letter        YADFRZZ1 1.1        (01/06)