# EXHIBIT

# J

# TRUSTEE'S DEED

This Indenture, made this 9th day of December, 2013 between REGIONS BANK as Trustee under the provisions of a deed or deeds in trust duly recorded and delivered to said REGIONS BANK in pursuance of a certain Trust Agreement dated the 4th day of March, 1994, and known as Trust Number 90-P015-00, party of the first part, and CitiFinancial Servicing LLC, successor by merger of CitiFinancial Services, Inc., a Delaware limited liability company party of the second part.



MY COMMISSION EXPIRES FEBRUARY 17, 2015

WITNESSETH, that said party of the first part, in consideration of the sum of Ten Dollars, and other good and valuable considerations in hand paid, does hereby grant, sell, and convey unto said party of the second part, the following described real estate, situated in WILL County, Illinois, to-wit:

Lot 142 in the Fox Bend P.U.D., Unit two, being a Subdivision in the east ½ of the Southeast ¼ of Section 8, township 35 North Range 9 East of the 3rd P.M., according to the Plat thereof recorded 11/8/1996, as Doc., #R96-101265,
Situated in WILL County in the State of Illinois.

Permanent Index Number: 06-08-402-003-0000

Commonly Known As: 415 Thames Dr., Shorewood IL 60404

together with the tenements and appurtenances thereto belonging.

TO HAVE AND TO HOLD the same unto said party of the second part, and to the proper use, benefit and behoof, forever, of said party of the second part.
This deed is executed by the party of the first part, as Trustee, as aforesaid, pursuant to and in the exercise of the power and authority granted to and vested in it by the terms of said Deed or Deeds in Trust and provisions of said Trust Agreement above mentioned, and of every other power and authority thereunto enabling. This deed is made subject to the liens of all trust deeds and/or mortgages upon said real estate, if any, recorded or registered in said county.

IN WITNESS WHEREOF, said party of the first part has caused its corporate seal to be hereunto affixed, and has caused its name to be signed to these presents by its Trust Officer the day and year first above written.

REGIONS BANK., as Trustee aforesaid, and not personally

BY: _Blair Higgins_, EVP & Trust Officer

State of Alabama
County of Jefferson } SS.

I, a Notary Public in and for said County, in the State aforesaid, do hereby certify that the above is personally known to me to be the same person(s) whose name(s) subscribed to the foregoing instrument, appeared before me this day in person and signed, sealed and delivered the said instrument as Trustee. Given under my hand and notarial seal this 10th day of December, 2013.

_Harriet N. Harbin_ Notary Public

| GRANTEE ADDRESS, RETURN TO and MAIL FUTURE TAXES TO: | CitiFinancial Servicing LLC<br>300 St. Paul Pl<br>Baltimore MD 21202 | PREPARED BY: | Andi Roberts<br>P.O. Box 10614<br>Peoria, IL 61612-0614 |