# EXHIBIT

# K

relationships that work
# green tree

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

Date of Notice: December 12, 2013

PAUL BONFIGLIO
415 THAMES DR
SHOREWOOD IL 60404-0599

Re: Green Tree Servicing LLC ("Green Tree")
    Account Number:    895393767
    Property Address:    415 THAMES DR
                                    SHOREWOOD, IL 60431



Dear PAUL BONFIGLIO and MARIANNE BONFIGLIO:

Green Tree has not received a response from you regarding your opportunities for loss mitigation assistance. Our goal is to ensure that you have every opportunity to retain your home. However, in order for us to get started, we need additional information from you.

As of the date of this letter, we have undertaken the following loss mitigation efforts prior to foreclosure:

    Deferral

If your situation was caused by circumstances beyond your control which created a financial hardship, there may be alternatives available to you. Please contact us immediately to determine your eligibility for one of the following programs:

- Home Affordable Modification
- Forbearance
- Green Tree Account Workout
- Short Sale
- Deed-in-Lieu of Foreclosure.

The modification may involve some or all of the following changes to your mortgage account:

- Bringing your account current
- Reducing the interest rate on your account
- Extending the term of the account, and/or
- Delaying your repayment of a portion of the mortgage principal until the end of the account term.

You should have already received in the mail a form outlining the necessary documentation required to start the loss mitigation assistance process. Please gather all financial information related to your monthly income and expenses, and mail or fax the completed package and proof of income to:

                        Green Tree Servicing LLC
                      Attention: Loss Mitigation, T214
                          7360 S. Kyrene Road
                            Tempe, AZ 85283
                            Fax: (480) 383-0539

If you need an additional form required to complete the package, or if you have any other questions, please contact us at 1-800-643-0202, Monday - Friday 7 a.m. to 8 p.m., and Saturday 7 a.m. to 1 p.m. CST.

Sincerely,

Green Tree
1-800-643-0202
Monday - Friday 7 a.m. to 8 p.m., and Saturday 7 a.m. to 1 p.m. CST

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

