# EXHIBIT L

# green tree

Green Tree Servicing LLC
7360 South Kyrene Road
Tempe, AZ 85283

February 18, 2014

PAUL BONFIGLIO
415 THAMES DR
SHOREWOOD, IL 60404

DEAR PAUL BONFIGLIO:

The enclosed funds: $1,000.00 are being returned to you.

Please note that: See Other

Sincerely,
Green Tree Servicing LLC* ("Green Tree")

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

*Green Tree Servicing LLC and related entities, including, for certain loans, in Alabama, Green Tree-AL LLC; in Minnesota, Green Tree Loan Company; and in Pennsylvania, Green Tree Consumer Discount Company.