# EXHIBIT M

STATE OF ILLINOIS )
                   )SS
COUNTY OF WILL )

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

REGIONS BANK, DBA REGIONS MORTGAGE
**Plaintiff**

vs

PAUL BONFIGLIO
**Defendant**

RETURN DATE: 3/20/2014

CASE NO. _____

AMOUNT CLAIMED $ _____

### SUMMONS IN FORCIBLE ENTRY AND DETAINER

**To each defendant:**

YOU ARE SUMMONED AND REQUIRED TO APPEAR before this Court in Courtroom ____

in _____

at __11__ o'clock, __A.M.__, on* __THURSDAY, 20__, __2014__, to answer the complaint in this case, a copy of which is hereto attached. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the Officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than three (3) days before the date of appearance. If service cannot be made, this summons shall be returned so endorsed.

**This summons may not be served later than three (3) days before the date of appearance.**

(Seal of Court)

WITNESS _____, 20 ___

_____
(Clerk of the Circuit Court)

Attorney or Party, if not represented by an attorney
Name __RAYMOND SCODELLER__
ARDC # __6238055__
Firm Name __RANDALL S. MILLER & ASSOCIATES, LLC__
Attorney for __REGIONS BANK, DBA REGIONS MORTGAGE__
Address __120 NORTH LASALLE STREET, SUITE 1140__
City & Zip __CHICAGO, IL 60602__
Telephone __(P) 312-239-3432 / (F) 312-284-4820__

Date of Service: _____, 20 ____
(To be inserted by officer on copy left with defendant or other person)
*(Defendant must appear not less than seven (7) nor more than forty (40) days after issuance of the summons)

**PAMELA J. MCGUIRE, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

White – Court   Yellow – Plaintiff   Pink – Defendant                          19F Revised (05/10)

STATE OF ILLINOIS )
                    )SS
COUNTY OF WILL )

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

REGIONS BANK, DBA REGIONS MORTGAGE

**Plaintiff(s)**
vs

CASE NO. _____

PAUL BONFIGLIO

**Defendant(s)**

### COMPLAINT IN FORCIBLE ENTRY AND DETAINER

Plaintiff(s), __PAUL BONFIGLIO__
(Name/Names)

allege(s) that (s)he is entitled to possession of the following described premises, located at __415 THAMES DR.__ (Address), __SHOREWOOD__ (City, Village, Town), Will County, Illinois, and that the defendant(s) unlawfully withheld possession thereof from plaintiff(s), and furthermore is/are indebted plaintiff(s) for rent of said premises in the sum of $__POSSESSION ONLY__.

Wherefore, plaintiff(s) pray that judgment against the defendant(s) for possession of said premises, and for the sum of $__POSSESSION ONLY__ and costs of suit.

Dated __March 4__, 20__14__

_(signature)_
(Plaintiff/ Attorney for Plaintiff)

### AFFIDAVIT FOR RENT DUE

Pursuant to 735 ILCS 5/1-109, __PAUL BONFIGLIO__
(Plaintiff(s) Name/Names)

on oath under penalty of perjury states that the demand of the plaintiff(s) in said cause is for possession of said premises and rent thereof for the months of __POSSESSION ONLY__

and that the amount due to the plaintiff(s) from the defendant(s) after allowing to the defendant(s) all just deductions, credits and setoffs, if any, is __POSSESSION ONLY__ Dollars and Cents.

Attorney or Party, if not represented by an attorney
Name __RAYMOND SCODELLER__
ARDC # __6238055__
Firm Name __RANDALL S. MILLER & ASSOCIATES, LLC__
Attorney for __REGIONS BANK, DBA REGIONS MORTGAGE__
Address __120 NORTH LASALLE STREET, SUITE 1140__
City & Zip __CHICAGO, IL 60602__
Telephone __(P) 312-239-3432 / (F) 312-284-4820__

Dated _____, 20____

_____
(Plaintiff)

**PAMELA J. MCGUIRE, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

White – Court   Yellow – Plaintiff   Pink – Defendant

19E Revised (05/10)

## TRUSTEE'S DEED

This Indenture, made this 9th day of December, 2013 between REGIONS BANK as Trustee under the provisions of a deed or deeds in trust duly recorded and delivered to said REGIONS BANK in pursuance of a certain Trust Agreement dated the 4th day of March, 1994, and known as Trust Number 90-P015-00, party of the first part, and CitiFinancial Servicing LLC, successor by merger of CitiFinancial Services, Inc., a Delaware limited liability company party of the second part.



MY COMMISSION EXPIRES FEBRUARY 17, 2015

WITNESSETH, that said party of the first part, in consideration of the sum of Ten Dollars, and other good and valuable considerations in hand paid, does hereby grant, sell, and convey unto said party of the second part, the following described real estate, situated in WILL County, Illinois, to-wit:

Lot 142 in the Fox Bend P.U.D., Unit two, being a Subdivision in the east ½ of the Southeast ¼ of Section 8, township 35 North Range 9 East of the 3rd P.M., according to the Plat thereof recorded 11/8/1996, as Doc., #R96-101265,
Situated in WILL County in the State of Illinois.

Permanent Index Number: 06-08-402-003-0000

Commonly Known As: 415 Thames Dr., Shorewood IL 60404

together with the tenements and appurtenances thereto belonging.

TO HAVE AND TO HOLD the same unto said party of the second part, and to the proper use, benefit and behoof, forever, of said party of the second part.
This deed is executed by the party of the first part, as Trustee, as aforesaid, pursuant to and in the exercise of the power and authority granted to and vested in it by the terms of said Deed or Deeds in Trust and provisions of said Trust Agreement above mentioned, and of every other power and authority thereunto enabling. This deed is made subject to the liens of all trust deeds and/or mortgages upon said real estate, if any, recorded or registered in said county.

IN WITNESS WHEREOF, said party of the first part has caused its corporate seal to be hereunto affixed, and has caused its name to be signed to these presents by its Trust Officer the day and year first above written.

REGIONS BANK., as Trustee aforesaid, and not personally
BY: _Blair Higgins, AVP & Trust Officer_

State of _Alabama_
County of _Jefferson_ } SS.

I, a Notary Public in and for said County, in the State aforesaid, do hereby certify that the above is personally known to me to be the same person(s) whose name(s) subscribed to the foregoing instrument, appeared before me this day in person and signed, sealed and delivered the said instrument, as Trustee. Given under my hand and notarial seal this _10th_ day of _December_, 20_13_.

_____ Notary Public

| GRANTEE ADDRESS, RETURN TO and MAIL FUTURE TAXES TO: | CitiFinancial Servicing LLC 300 St. Paul Pl Baltimore MD 21202 | PREPARED BY: | Andi Roberts P.O. Box 10614 Peoria, IL 61612-0614 |



# PTAX-203
## Illinois Real Estate Transfer Declaration

Please read the instructions before completing this form.
This form can be completed electronically at tax.illinois.gov/retd.

**Step 1: Identify the property and sale information.**

1. 415 THAMES DR
   Street address of property (or 911 address, if available)
   SHOREWOOD          60404
   City or village    ZIP
   TROY
   Township

2. Write the total number of parcels to be transferred. __1__

3. Write the parcel identifying numbers and lot sizes or acreage.

   | Property index number (PIN) | Lot size or acreage |
   |---|---|
   | a 05-06-08-402-003-0000 | 80 X 131 +/- |
   | b | |
   | c | |
   | d | |

   Write additional property index numbers, lot sizes or acreage in Step 3.

4. Date of instrument: _1_ _2_ / _2_ _0_ _1_ _3_
   Month    Year

5. Type of instrument (Mark with an "X"):  ____ Warranty deed  ____ Quit claim deed  ____ Executor deed  _X_ Trustee deed  ____ Beneficial interest  ____ Other (specify):_____

6. ____ Yes _X_ No  Will the property be the buyer's principal residence?

7. ____ Yes _X_ No  Was the property advertised for sale?
   (i.e., media, sign, newspaper, realtor)

8. Identify the property's current and intended primary use.
   Current  Intended  (Mark only one item per column with an "X")
   a ____ ____ Land/lot only
   b _X_ _X_ Residence (single-family, condominium, townhome, or duplex)
   c ____ ____ Mobile home residence
   d ____ ____ Apartment building (6 units or less) No. of units: ____
   e ____ ____ Apartment building (over 6 units) No. of units: ____
   f ____ ____ Office
   g ____ ____ Retail establishment
   h ____ ____ Commercial building (specify): ____
   i ____ ____ Industrial building
   j ____ ____ Farm
   k ____ ____ Other (specify): ____

(Right column — Do not write in this area. County Recorder's Office use.)
County: ____
Date: ____
Doc. No.: ____
Vol.: ____
Page: ____
Received by: ____

9. Identify any significant physical changes in the property since January 1 of the previous year and write the date of the change.
   Date of significant change: ____ / ____
   Month   Year
   (Mark with an "X")
   ____ Demolition/damage  ____ Additions  ____ Major remodeling
   ____ New construction  ____ Other (specify): ____

10. Identify only the items that apply to this sale. (Mark with an "X")
    a ____ Fulfillment of installment contract — year contract initiated: ____
    b ____ Sale between related individuals or corporate affiliates
    c ____ Transfer of less than 100 percent interest
    d ____ Court-ordered sale
    e ____ Sale in lieu of foreclosure
    f ____ Condemnation
    g ____ Short sale
    h ____ Bank REO (real estate owned)
    i ____ Auction sale
    j ____ Seller/buyer is a relocation company
    k ____ Seller/buyer is a financial institution or government agency
    l ____ Buyer is a real estate investment trust
    m ____ Buyer is a pension fund
    n ____ Buyer is an adjacent property owner
    o ____ Buyer is exercising an option to purchase
    p ____ Trade of property (simultaneous)
    q ____ Sale-leaseback
    r ____ Other (specify): ____
    s ____ Homestead exemptions on most recent tax bill:
       1 General/Alternative         $    0.00
       2 Senior Citizens             $    0.00
       3 Senior Citizens Assessment Freeze $    0.00

**Step 2: Calculate the amount of transfer tax due.**

Note: Round Lines 11 through 18 to the next highest whole dollar. If the amount on Line 11 is over $1 million and the property's current use on Line 8 above is marked "e," "f," "g," "h," "i," or "k," complete Form PTAX-203-A, Illinois Real Estate Transfer Declaration Supplemental Form A. If you are recording a beneficial interest transfer, do not complete this step. Complete Form PTAX-203-B, Illinois Real Estate Transfer Declaration Supplemental Form B.

| | | |
|---|---|---|
| 11 Full actual consideration | 11 $ | 180,000.00 |
| 12a Amount of personal property included in the purchase | 12a $ | 0.00 |
| 12b Was the value of a mobile home included on Line 12a? | 12b | ____ Yes _X_ No |
| 13 Subtract Line 12a from Line 11. This is the net consideration for real property. | 13 $ | 180,000.00 |
| 14 Amount for other real property transferred to the seller (in a simultaneous exchange) as part of the full actual consideration on Line 11 | 14 $ | 0.00 |
| 15 Outstanding mortgage amount to which the transferred real property remains subject | 15 $ | 0.00 |
| 16 If this transfer is exempt, use an "X" to identify the provision. | 16 | __b__ __k__ __m__ |
| 17 Subtract Lines 14 and 15 from Line 13. This is the net consideration subject to transfer tax. | 17 $ | 180,000.00 |
| 18 Divide Line 17 by 500. Round the result to the next highest whole number (e.g., 61.002 rounds to 62). | 18 | 360.00 |
| 19 Illinois tax stamps — multiply Line 18 by 0.50. | 19 $ | 180.00 |
| 20 County tax stamps — multiply Line 18 by 0.25. | 20 $ | 90.00 |
| 21 Add Lines 19 and 20. This is the total amount of transfer tax due. | 21 $ | 270.00 |

PTAX-203 (R-9/10)

This form is authorized in accordance with 35 ILCS 200/31-1 et seq. Disclosure of this information is REQUIRED. This form has been approved by the Forms Management Center. IL-492-0227

Page 1 of 4

ID: INT, Declaration Number: W138-R737-S711-2080

**Step 3: Write the legal description from the deed.** Write, type (minimum 10-point font required), or attach the legal description from the deed. If you prefer, submit an 8½" x 11" copy of the extended legal description with this form. You may also use the space below to write additional property index numbers, lots sizes or acreage from Step 1, Line 3.

LOT 142 IN THE FOX BEND P.U.D., UNIT TWO, BEING A SUBDIVISION IN THE EAST ¼ OF THE SOUTHEAST ¼ OF SECTION 6, TOWNSHIP 35 NORTH RANGE 9 EAST OF THE 3RD P.M., ACCORDING TO THE PLAT THEREOF RECORDED 11/8/1996, AS DOC., #R96-101265, SITUATED IN WILL COUNTY IN THE STATE OF ILLINOIS.

**Step 4: Complete the requested information.**

The buyer and seller (or their agents) hereby verify that to the best of their knowledge and belief, the full actual consideration and facts stated in this declaration are true and correct. If this transaction involves any real estate located in Cook County, the buyer and seller (or their agents) hereby verify that to the best of their knowledge, the name of the buyer shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois. Any person who willfully falsifies or omits any information required in this declaration shall be guilty of a Class B misdemeanor for the first offense and a Class A misdemeanor for subsequent offenses. Any person who knowingly submits a false statement concerning the identity of a grantee shall be guilty of a Class C misdemeanor for the first offense and a Class A misdemeanor for subsequent offenses.

### Seller Information (Please print.)

REGIONS BANK TRUST 90-PO15-00
Seller's or trustee's name — Seller's trust number (if applicable - not an SSN or FEIN)

PO BOX 10614 — PEORIA — IL 61612
Street address (after sale) — City — State ZIP

_[signature]_ — ( 309 ) 691-5900 Ext.
Seller's or agent's signature — Seller's daytime phone

### Buyer Information (Please print.)

CITIFINANCIAL SERVICING LLC
Buyer's or trustee's name — Buyer's trust number (if applicable - not an SSN or FEIN)

300 ST. PAUL PL — BALTIMORE — MD 21202
Street address (after sale) — City — State ZIP

_[signature]_ Agent — ( 312 ) 541-9710 Ext. 130
Buyer's or agent's signature — Buyer's daytime phone

**Mail tax bill to:**

CITIFINANCIAL SERVICING L — 300 ST. PAUL PL — BALTIMORE — MD 21202
Name or company — Street address — City — State ZIP

### Preparer Information (Please print.)

ANDI ROBERTS
Preparer's and company's name — Preparer's file number (if applicable)

PO BOX 10614 — PEORIA — IL 61612
Street address — City — State ZIP

_[signature]_ — ( 309 ) 691-5900 Ext.
Preparer's signature — Preparer's daytime phone

andi@spi5900.com
Preparer's e-mail address (if available)

**Identify any required documents submitted with this form.** (Mark with an "X") ___ Extended legal description ___ Form PTAX-203-A
___ Itemized list of personal property ___ Form PTAX-203-B

| To be completed by the Chief County Assessment Officer | |
|---|---|
| 1 ___ ___ ___ ___ ___ ___<br>County Township Class Cook-Minor Code 1 Code 2 | 3 Year prior to sale ___ ___ ___ ___ |
| 2 Board of Review's final assessed value for the assessment year prior to the year of sale.<br>Land<br>Buildings<br>Total | 4 Does the sale involve a mobile home assessed as real estate? ___ Yes ___ No<br>5 Comments |
| **Illinois Department of Revenue Use** | **Tab number** |