# EXHIBIT N



# Clerk of the Circuit Court
# Pamela McGuire

| Parties | Offenses | Financials | Schedule | Events | End Search |

| | | | |
|---|---|---|---|
| **Case:** 2014LM000617 | **Status:** Open Case | | **Opened:** 03/07/2014 |
| **Title:** REGIONS BANK vs. BONFIGLIO PAUL | | | |
| **Type:** LAW MEDIUM | **File Type:** | Forcible Entry Possession $0 to $15000.00 | **Closed:** N/A |

| Event Date | Docket Entry |
|---|---|
| 05/14/2014 | **SC - Defendant denies / Set Trial** Case is called for Trial. Plaintiff by Attorney, Michael Naughton. Defendants wife is present, Pro Se. Matter is reset for trial on 6/11/2014 at 01:30 PM. |
| 05/14/2014 | **See Order Signed** |
| 05/08/2014 | **See Order Signed** |
| 05/08/2014 | **SC - Defendant denies / Set Trial** Plaintiff by Attorney, Toni Farruggia. Defendants wife present pro se. Summons returned served. Defendant denies the allegations. Matter set for trial on 5/14/2014 at 01:30 PM. |
| 05/01/2014 | **Alias Summons Returned SERVED ON PAUL BONFIGILIO** |
| 04/23/2014 | **Alias Summons Issued (Copy Filed)** |
| 04/23/2014 | **Alias Summons** |
| 04/17/2014 | **See Order Signed** |
| 04/17/2014 | **AB - Cause set for Status** Case comes on for return on summons. Plaintiff by Attorney, Joyce Bartizal. Defendant not appearing. Cause continued for status and setting to 5/08/2014 at 09:00 AM. |
| 04/03/2014 | **AB - Alias Summons** Plaintiff by Attorney, Joyce Bartizal. Case called pursuant to ...is, on |
| 03/20/2014 | **See Order Signed** |
| 03/20/2014 | **SC - Continued Proof of Service** |

© 2011-2014, Will County Circuit Clerk, All Rights Reserved.
By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

| | |
|---|---|
| | Plaintiff present by Attorney. Defendant fails to appear.<br>Plaintiffs motion, cause continued for proof of service of summons. |
| 03/14/2014 | **Summons Issued (Copy(s)filed)** |
| 03/07/2014 | **No Summons Issued** |
| 03/07/2014 | **Supporting Document(s)/Exhibit(s)** |
| 03/07/2014 | **Complaint** |
| 03/07/2014 | **Forcible Entry Possession $0 to $15000.00** |