# EXHIBIT O

Will Co. Sheriff
815-727-8895
Dep. Purvis



# WARNING
# *FINAL*
# EVICTION
# NOTICE

\*\*This Notice was posted on _____.
The Will County Sheriff's Office could be at this residence as soon as _____ to perform the eviction.

The courts have rendered a Judgment against you for the possession of the premises. This order is effective **IMMEDIATELY!** There is no grace period and the section on foreclosure orders that refers to waiting thirty (30) days from the date of the order **DOES NOT** start from the date of this notice. That thirty (30) days has indeed expired.

The intent of this notice is to advise you that as soon as scheduling permits, you will be forcibly evicted. In order to prevent this from occurring, you must immediately remove all of your personal belongings, leave the premises, and surrender possession back to the plaintiff or their agent.