# EXHIBIT P



## SingleSource
PROPERTY SOLUTIONS

Integrated mortgage services & property management solutions

Date

Dear Occupant,

Please be advised that the ownership of this property has changed as a result of a foreclosure sale. In an effort to aid you with relocating, we would like to discuss the option of a Relocation Assistance Program.

Your prompt response to the Authorized agent of this property is necessary in order to provide you with details. The eviction process is under way and time is of the essence. Eviction proceedings will not be stopped for any reason until the property is determined vacant.

Please contact agent/broker _Steve Brashler_ at _708 912-0842_ as soon as possible in order to discuss how they can help you receive a cash payment.

To be eligible for this program, you must agree to the following:
- The entire property (interior and exterior) including garage and outbuildings must be completely vacant of debris, trash and occupant's personal belongings.
- The property is to be left in "broom swept" condition.
- In the event there is damage caused by the occupant between the date of the agreement and vacancy date, or if subject property still contains trash, debris or personal belongings, the agreed upon amount will not be paid to occupant.
- You are to deliver all keys to Authorized agent of Owner on or before vacancy date, prior to payment.
- You agree to cooperate with Authorized agent of Owner to allow reasonable access to the property if requested with 24-hour notice. Access to property may be needed for appraisals, repair estimates, or marketing purposes.

Thank you



**RE/MAX®**
**1st Service**
Independently Owned and Operated

**Steve Brashler**
Broker
15915 S. Crystal Creek Drive Ste. F
Homer Glen, IL 60491
**Cell: (708) 912-0842**
Office: (708) 675-1600   Fax: (800) 379-1021
Email: stevebrashler@comcast.net
www.stevebrashler.com