# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PAUL AND MARIANNE BONFIGLIO, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:14 cv 9254 |
| ) | |
| v. ) | Judge Sara L. Ellis |
| ) | |
| CITIFINANCIAL SERVICING LLC, GREEN ) | Magistrate Judge Jeffrey T. Gilbert |
| TREE SERVICING LLC, and RANDALL S. ) | |
| MILLER & ASSOCIATES, P.C., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT GREEN TREE SERVICING LLC'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Green Tree Servicing LLC ("Green Tree"), by counsel, moves to dismiss Plaintiffs Paul and Marianne Bonfiglio's ("Plaintiffs") Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Green Tree expressly adopts and incorporates its accompanying Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint.[1]

Respectfully submitted,

GREEN TREE SERVICING LLC

/s/ Scott G. Weber
One of its attorneys

Jeffrey D. Pilgrim
Scott G. Weber
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
jpilgrim@pilgrimchristakis.com
sweber@pilgrimchristakis.com

---

[1] Pursuant to Local Rule 37.2, Green Tree's counsel contacted Plaintiffs' counsel to discuss Green Tree's intention to file a motion to dismiss Plaintiff's Complaint and addressed the grounds for Green Tree's motion. This communication occurred most recently on February 5, 2015. The parties were unable to reach a resolution after the consultation.

**CERTIFICATE OF SERVICE**

      Scott G. Weber, an attorney, certifies that a true and correct copy of the foregoing **Motion to Dismiss** was served via ECF, this 23rd day of February 2015, which will send notice to the following parties of record:

| | |
|---|---|
| Mara A. Baltabols<br>Mohammed O. Badwan<br>900 Jorie Blvd., Suite 150<br>Oak Brook, Illinois 60523 | Randall S. Miller & Associates, LLC<br>120 N. LaSalle Street, Suite 1140<br>Chicago, Illinois 60602 |

Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois 60601

                                                                     /s/ Scott G. Weber