# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PAUL AND MARIANNE BONFIGLIO, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:14 cv 9254 |
| ) | |
| v. ) | Judge Sara L. Ellis |
| ) | |
| CITIFINANCIAL SERVICING LLC, GREEN ) | Magistrate Judge Jeffrey T. Gilbert |
| TREE SERVICING LLC, and RANDALL S. ) | |
| MILLER & ASSOCIATES, P.C., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS ATTORNEY

Pursuant to Local Rule 83.17, the undersigned, Scott G. Weber, counsel of record for Defendant Green Tree Servicing LLC ("Green Tree"), hereby moves for leave to withdraw his appearance. In support thereof, the undersigned states as follows:

1. At the time of filing my appearance in this matter on behalf of Defendant, I was employed by the law firm of Pilgrim Christakis LLP.

2. As of June 17, 2015, I will no longer be associated with or employed by Pilgrim Christakis LLP.

3. Jeffrey D. Pilgrim, partner of Pilgrim Christakis LLP, is also counsel of record for Green Tree and Green Tree will remain represented by Jeffrey D. Pilgrim.

4. As such, the Court's granting of this Motion will not prejudice any party or delay the proceedings in the instant matter.

5. Based on the foregoing, pursuant to Local Rule 83.17, Scott G. Weber seeks leave to withdraw his Appearance on behalf of Green Tree.

Date: June 12, 2015                                          Respectfully submitted,

By: /s/Scott G. Weber

Jeffrey D. Pilgrim
Scott G. Weber
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Phone: (312) 379-8547

**CERTIFICATE OF SERVICE**

  Scott G. Weber, an attorney, certifies that a true and correct copy of the foregoing **Motion for Leave to Withdraw Appearance as Attorney** was served via ECF, this 12th day of June 2015, which will send notice to the following parties of record:

| | |
|---|---|
| Mara A. Baltabols<br>Mohammed O. Badwan<br>900 Jorie Blvd., Suite 150<br>Oak Brook, Illinois 60523 | Randall S. Miller & Associates, LLC<br>120 N. LaSalle Street, Suite 1140<br>Chicago, Illinois 60602 |
| Bryan Cave LLP<br>161 N. Clark Street, Suite 4300<br>Chicago, Illinois 60601 | |

                /s/ Scott G. Weber