# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PAUL AND MARIANNE BONFIGLIO, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:14 cv 9254 |
| | ) | |
| v. | ) | Judge Sara L. Ellis |
| | ) | |
| CITIFINANCIAL SERVICING LLC, GREEN TREE SERVICING LLC, and RANDALL S. MILLER & ASSOCIATES, P.C., | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: See Attached Certificate of Service

**PLEASE TAKE NOTICE,** that on **Wednesday, June 17, 2015, at 9:30 a.m.**, or as soon as counsel shall be heard, the undersigned shall appear before the Honorable Sara L. Ellis, in courtroom 1403, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant's Motion for Leave to Withdraw Appearance as Attorney,** a copy of which is served upon you.

                                              Respectfully submitted,


                            By:    /s/ Scott G. Weber
                                    One of its Attorneys

Jeffrey D. Pilgrim
Scott G. Weber
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Ph. (312) 379-8547
Fax (312) 939-0983

# CERTIFICATE OF SERVICE

  Scott G. Weber, an attorney, certifies that on June 12, 2015, he electronically filed the foregoing **Motion for Leave to Withdraw Appearance as Attorney** with the Clerk of the Court by using the CM/ECF system and served a copy via First Class Mail, proper postage prepaid, on the individual listed below by depositing it in the U.S. Mail at 321 N. Clark Street, Chicago, Illinois 60654.

| | |
|---|---|
| Mara A. Baltabols | Randall S. Miller & Associates, LLC |
| Mohammed O. Badwan | 120 North La Salle St., Suite 1140 |
| 900 Jorie Blvd., Suite 150 | Chicago, Illinois 60602 |
| Oak Brook, Illinois 60523 | |

Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601

                /s/ Scott G. Weber