# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PAUL AND MARIANNE BONFIGLIO, | ) ) Plaintiffs, ) ) | |
| v. | ) ) | CIVIL ACTION |
| | ) ) | Case No. 1:14-cv-9254 |
| CITIFINANCIAL SERVICING, LLC, GREEN TREE SERVICING, LLC, AND RANDALL S. MILLER & ASSOCIATES, PC, | ) ) ) ) ) ) | Hon. Judge Sara L. Ellis Mag. Judge Jeffrey T. Gilbert |
| | Defendants. ) | |

## AGREED MOTION FOR ENTRY OF HIPAA QUALIFIED PROTECTIVE ORDER

Plaintiffs Paul and Marianne Bonfiglio ("Bonfiglio") and Defendants Citifinancial Servicing, LLC, Green Tree Servicing, LLC, and Randall S. Miller & Associates, PC ("Defendants"), by the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(c), jointly move this Court for entry of a HIPAA Qualified Protective Order. In support thereof, the parties state as follows:

1. On November 18, 2014, Bonfiglio filed a complaint against Defendants for damages from breach of contract, fraudulent misrepresentation, and for violations of the Fair Debt Collection Practices Act ("FDCPA"), and the Illinois Consumer Fraud Act ("ICFA"). [DKT #3.]

2. As part of their complaint, Paul and Marianne Bonfiglio are seeking damages for medical bills and medical treatment that they allege were a result of the Defendants' conduct.

3. The privacy of Bonfiglio's medical records are subject to the Health Insurance Portability and Accountability Act of 1996 (see Publ.L. 104-191, 110 Stat. 1936).

4. In order to maintain Bonfiglio's privacy, the parties jointly request entry of a Qualified HIPAA Protective Order.

5. In conjunction with this motion, the parties will submit the proposed order to Proposed_Order_Ellis@ilnd.uscourts.gov.

6. Bonfiglio and Defendants jointly move this Honorable Court to enter the HIPAA Qualified Protective Order in the same or substantially same form as submitted.

WHEREFORE, Bonfiglio and Defendants respectfully request that this Court enter the agreed Qualified HIPAA Protective Order, and for such other and further relief as this Court deems appropriate.

Dated: July 27, 2015

Respectfully submitted,

| **Paul and Marianne Bonfiglio** | **Citifinancial Servicing, LLC** |
|---|---|
| By: /s/ *Mara A. Baltabols* <br> Mara A. Baltabols <br> Mohammed O. Badwan <br> SULAIMAN LAW GROUP, LTD. <br> 900 Jorie Boulevard, Suite 150 <br> Oak Brook, IL 60523 <br> (630) 575-8181 <br> *Attorneys for Bonfiglio* | By: /s/ *Kate Lessaris* <br> Kate Lessaris <br> BRYAN CAVE LLP <br> 161 N Clark St., Ste 4300 <br> Chicago, IL 60601 <br> (312) 602-5000 <br> *Attorneys for Citifinancial Servicing, LLC* |
| **Green Tree Servicing, LLC** | **Randall S. Miller & Associates, PC** |
| By:/s/ *Jeffrey D. Pilgrim* <br> Jeffrey D. Pilgrim <br> Pilgrim Christakis LLP <br> 53 West Jackson Boulevard, Suite 1515 <br> Chicago, Illinois 60604 <br> (312) 939-0923 <br> *Attorneys for Green Tree Servicing, LLC* | By: /s/ *James D. Major* <br> Randall S. Miller & Associates, LLC <br> 1140 S. LaSalle Street, Suite 1140 <br> Chicago, Illinois 60602 <br> (312) 239-3432 <br> *Attorney for Randall S. Miller & Associates, LLC* |